UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ELKIN ARMANDO ALOMIA
    QUINONES,
LUIS ALBERTO ARBOLEDA
    ESCOBAR, also known as
    "Lucho,"
DIEGO LUIS OBREGON AGUIRRE,
EDWIN OBREGON CASTRO,
JUAN MATIAS OBREGON
    CASTRO, also known as
    "Mauricio,"
RODRIGO OBREGON SAAVEDRA,
    also known as "Don Ricky,"
NARJEL PAREDES,
    also known as "Nacho,"

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 24-462 (ERK)

        Upon the application of JOHN J. DURHAM, United States Attorney for the

Eastern District of New York, by Assistant United States Attorney Katherine P. Onyshko, for an

order partially unsealing the indictment and unsealing the arrest warrant for defendant LUIS

ALBERTO ARBOLEDA ESCOBAR in the above-captioned matter.

        WHEREFORE, it is ordered that the indictment be partially unsealed and the

arrest warrant for defendant LUIS ALBERTO ARBOLEDA ESCOBAR be unsealed in the

above-captioned matter.

Dated:    Brooklyn, New York
           _____March 26__, 2025

                                s/RML
                  _____
                  HONORABLE ROBERT M. LEVY
                  UNITED STATES MAGISTRATE JUDGE
                  EASTERN DISTRICT OF NEW YORK